# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

**CRIMINAL Case 23-cr-063 (FAB)**

United States of America

v.

Government's Exhibit List

Diego Fernández-Santos (1)

| Presiding Judge<br>Marcos E. López, U.S. Magistrate Judge | | | | Government's Attorneys<br>AUSA Julian Radzinschi<br>AUSA César Rivera | Defendant's Attorneys<br>AFPD Samuel Carrión<br>AFPD Iván Santos |
|---|---|---|---|---|---|
| Date<br>August 29, 2023 | | Court Reporter:<br>DCR | | Courtroom Deputy<br>Miriam C. Cruz | |
| **GOVERNMENT'S LETTER** | **DATE OFFERED** | **MARKED AS** | **DATE ADMITTED AS AN EXHIBIT** | **DESCRIPTION OF EXHIBITS** | |
| 1 | 8/15/2023 | EXH 1 | 8/15/2023 | Copy of Black chart with certified translation | |
| 2 | 8/15/2023 | EXH 2 | 8/15/2023 | Photo of house | |
| 2A | 8/15/2023 | EXH 2A | 8/15/2023 | Circle mark of the entrance door | |
| 2B | 8/21/2023 | EXH 2B | 8/21/2023 | Circle mark of the window were PRPD Gomez saw the silhouette. | |
| 3 | 8/15/2023 | EXH 3 | 8/15/2023 | Photo of stairwell | |
| 4 | 8/15/2023 | EXH 4 | 8/15/2023 | Photo of hallway | |
| 4A | 8/15/2023 | EXH 4A | 8/15/2023 | Circle mark of the location of the door | |
| 5 | 8/15/2023 | EXH 5 | 8/15/2023 | Photo of blue backpack and other items in closet | |
| 5A | 8/15/2023 | EXH 5A | 8/15/2023 | Circle mark of the black gun in the closet | |
| 5B | 8/21/2023 | EXH 5B | 8/21/2023 | Circle mark of where the black riffle. | |
| 6 | 8/15/2023 | EXH 6 | 8/15/2023 | Photo of Agent Gómez holding the butt of the riffle with the blue backpack | |
| 6A | 8/21/2023 | EXH 6A | 8/21/2023 | Circle mark of the black riffle inside the blue backpack. | |

\***Physical items will remain under the custody of the government due to the size/content.**

Page **1** of **2**

Government's Exhibit List

| 7 | 8/15/2023 | EXH 7 | 8/15/2023 | Photo of blue backpack with items |
|---|---|---|---|---|
| 8 | 8/15/2023 | EXH 8 | 8/15/2023 | Photo of Agent Gómez pointing to backyard |
| 8A | 8/21/2023 | EXH 8A | 8/21/2023 | Circle mark where the bag fell in the backyard |
| 9 | 8/15/2023 | EXH 9 | 8/15/2023 | Photo of fany pack in backyard |
| 10 | 8/15/2023 | EXH 10 | 8/15/2023 | Photo of Agent Gomez grabbing fany pack |
| 11 | 8/15/2023 | EXH 11 | 8/15/2023 | Photo of fany pack and items on washing machine |
| 12 | 8/15/2023 | EXH 12 | 8/15/2023 | Copy of PRPD Inventory of seized property with certified translation |
| 13 | 8/15/2023 | EXH 13 | 8/15/2023 | Copy of PRPD Miranda warnings for a suspect in custody with certified translation |
| 14 | 8/15/2023 | EXH 14 | 8/15/2023 | Copy of HSI receipt for property |
| 14A | 8/15/2023 | EXH 14A | 8/15/2023 | Circle mark of the name and number of the HSI form |
| 15 | 8/15/2023 | EXH 15 | 8/15/2023 | Copy of Statement of Rights and waiver form from HSI with certified translation |
| 15A | 8/15/2023 | EXH 15A | 8/15/2023 | Circle marks of defendant's signature and TFO Agent's signature |
| 16 | 8/21/2023 | EXH 16 | 8/21/2023 | Marks where the witness went up and "x" mark of were the witness stopped. |
| 17 | 8/21/2023 | EXH 17 | 8/21/2023 | Circle of the witness of the door of the back of the house |
| 18 | 8/21/2023 | EXH 18 | 8/21/2023 | "X" mark in red where the witness was and "x" mark in blue where the black purse was thrown. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.