# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

**CRIMINAL Case 23-cr-063 (FAB)**

United States of America,

v.

Diego Fernández-Santos (1)

Defendant's Exhibit List

| Presiding Judge Marcos E. López, U.S. Magistrate Judge | | | | Government's Attorneys AUSA Julian Radzinschi AUSA César Rivera | Defendant's Attorneys AFPD Samuel Carrión AFPD Iván Santos |
|---|---|---|---|---|---|
| Date August 29, 2023 | | Court Reporter: DCR | | Courtroom Deputy Miriam C. Cruz | |
| **DEFENDANT'S LETTER** | **DATE OFFERED** | **MARKED AS** | **DATE ADMITTED AS AN EXHIBIT** | **DESCRIPTION OF EXHIBITS** | |
| A | 8/15/2023 | EXH A | 8/15/2023 | Photo of hallway | |
| A1 | 8/15/2023 | EXH A1 | 8/15/2023 | Photo of rear door | |
| A2 | 8/15/2023 | EXH A2 | 8/15/2023 | Photo of right side of exterior of home | |
| A3 | 8/15/2023 | EXH A3 | 8/15/2023 | Photo of exterior home | |
| A4 | 8/15/2023 | EXH A4 | 8/15/2023 | Photo of extreme right of exterior home | |
| A5 | 8/15/2023 | EXH A5 | 8/15/2023 | Photo of back area of property | |
| A6 | 8/15/2023 | EXH A6 | 8/15/2023 | Photo of right side of home and rear property | |
| A7 | 8/15/2023 | EXH A7 | 8/15/2023 | Photo of water tank and rear of property | |
| A8 | 8/15/2023 | EXH A8 | 8/15/2023 | Photo of close up of water tank and rear property | |
| A9 | 8/15/2023 | EXH A9 | 8/15/2023 | Photo of back yard of property | |
| A10 | 8/15/2023 | EXH A10 | 8/15/2023 | Photo of home from the rear view | |
| B | 8/15/2023 | EXH B | 8/15/2023 | Copy of Daily distribution of PPR members by demarcation with certified translation | |
| C | 8/21/2023 | EXH C | 8/21/2023 | Circle mark of the "x" on Miranda Rights form were defendant decided not to waive his rights. | |

\***Physical items will remain under the custody of the government due to the size/content.**

Page **1** of **2**

Defendant's Exhibit List

| D-1 | 8/29/2023 | EXH D-1 | 8/29/2023 | Photo of inside of the residence |
|---|---|---|---|---|
| D-2 | 8/29/2023 | EXH D-2 | 8/29/2023 | Photo of inside of the residence |
| D-3 | 8/29/2023 | EXH D-3 | 8/29/2023 | Photo of inside of the residence |
| D-4 | 8/29/2023 | EXH D-4 | 8/29/2023 | Photo of inside of the residence |
| D-5 | 8/29/2023 | EXH D-5 | 8/29/2023 | Photo of the backyard |
| D-6 | 8/29/2023 | EXH D-6 | 8/29/2023 | Photo of inside of the residence |
| D-7 | 8/29/2023 | EXH D-7 | 8/29/2023 | Photo of black and orange quiksilver bag and magazine drum |
| E | 8/29/2023 | EXH E | 8/29/2023 | Copy of the croquis of the house |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**\*Physical items will remain under the custody of the government due to the size/content.**

Page **2** of **2**