3:23-CR-00063-FAB
USA v. Fernandez-Santos

| |
|---|
| Hearing set for 9:00 AM |
| Hearing started at 9:20 AM |
| Hearing ended at 4:34 PM |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Migdalia García-Cosme          Date: December 12, 2024
Court Reporter: Tracy Binder                      Case No. 23-cr-00063 (FAB)
Court Interpreters: Elle Dowd and Edna Brayfield
Government's Contracted Interpreter: Carol Terry

<u>Attorneys:</u>

UNITED STATES OF AMERICA          AUSA César E. Rivera-Díaz
                                  AUSA Julian N. Radzinschi

v.

DIEGO FERNANDEZ-SANTOS (1)        AFPD Samuel P. Carrión
                                  AFPD Iván Santos-Castaldo
                                  AFPD Robert Fitzgerald

**CASE CALLED FOR A FOURTH DAY OF JURY TRIAL.**

The defendant was present, under custody and assisted by a certified court interpreter.

The Jury Trial resumed at 9:20 a.m. The jury entered to the courtroom at 9:24 a.m. The Government called ATF Special Agent Jorge Antonio Escribano to the witness stand and sworn testimony was heard. Agent Escribano was qualified by the Court as expert witness in the identification of firearms and interstate nexus of firearms and ammunition. Direct, cross, and re-direct examination was conducted and then the witness was excused.

Right after, the Government called HSI Special Agent Ariel Pérez to the witness stand and sworn testimony was heard. Agent Pérez was qualified by the Court as expert witness in the identification of machineguns. Direct and cross examination was conducted and then the witness was excused.

The Government then called HSI Special Agent Ariel Pérez to the witness stand and sworn testimony was heard. Agent Pérez was qualified by the Court as expert witness in the identification of machineguns. Direct and cross examination was conducted and then the witness was excused.

3:23-CR-00063-FAB
USA v. Fernandez-Santos

The jury was removed from the courtroom at 11:23 a.m. AFPD Carrion moved for Mistrial and provided grounds to support his motion, and if denied, requested the Court to give a curative instruction to the jury. The Government's position was also heard. The Court after hearing the parties denied both requests. The Court recessed.

The jury returned to the courtroom at 1:08 p.m. The Government called TFO Alexander Tirado Díaz to the witness stand and sworn testimony was heard. Agent Tirado was qualified by the Court as expert witness in forensic extractions. Direct and cross examination was conducted and then the witness was excused.

The Government called Rafael Santiago Cruz, DTOP Complaint Investigator to the witness stand and sworn testimony was heard. Only direct examination was conducted and then the witness was excused.

Lastly, the Government called Mr. Emanuel López, SIS Technician from Bureau of Prisons to the witness stand and sworn testimony was heard. Direct, cross and re-direct examination was conducted and then the witness was excused.

Government's exhibits 8-C, 10, 10-A, 10-B, 10-C, 10-D, 10-E, 11, 12, 13, 14, 15, 17, 17-A, 18, 19, 19-A, 20, 21, 21-A, 27, 29, 29-A, 30 and 30-A were presented and admitted into evidence. Physical evidence remained under the Government's custody. Defendant's exhibits OO, PP, QQ, RR, and SS, were presented and admitted into evidence.

The jury was excused at 4:31 p.m. and remined not to discuss the case with anyone or search about the case in any other source. The Court then discussed with the parties the pending matters related to the USPO's chronological notes. Cross examination to USPO Moringlane will continue Friday, December 13, 2024.

**The jury trial will continue on Friday, December 13, 2024 at 9:00 AM in Old San Juan Courtroom 5, 5th Floor before Senior Judge Francisco A. Besosa.**

*S/ Migdalia García-Cosme*
Courtroom Deputy Clerk