**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| **United States of America** <br><br> **v.** <br><br> **Diego Fernandez-Santos,** <br><br> **Defendant.** | **CRIM NO. 23-063 (FAB)** |

**UNITED STATES' MOTION TO RESTRICT TO "*SELECTED PARTIES*" DKT. NO. 216**
**IN ACCORDANCE WITH STANDING ORDER NO. 9**

Pursuant to Standing Order No. 9, the United States seeks permission to restrict the document filed at Docket No. 216 to the party filing the document, defense counsel and court personnel (*i.e.,* a designation of *selected parties*).

For the reasons set forth in Docket Number 216, the interest in restricting the information in Docket Number 216 outweighs the presumption of public access.

Consequently, the United States respectfully requests that the Court allow filing under the "*Selected Parties*" restriction level.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th of December, 2024.

W. STEPHEN MULDROW
UNITED STATES ATTORNEY

*s/ Julian N. Radzinschi*
Julian N. Radzinschi
U.S.D.C.-PR G03417
Assistant United States Attorney
United States Attorney's Office
Torre Chardon, Suite 1201
350 Carlos Chardon Ave.
San Juan, PR 00918
Tel: (787) 282-1825
Julian.Radzinschi@usdoj.gov

1

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system to notify the counsels of record.

In San Juan, Puerto Rico, this 12th of December, 2024.

<u>*s/ Julian N. Radzinschi*</u>
Julian N. Radzinschi
U.S.D.C.-PR G03417
Assistant United States Attorney

2