| | |
|---|---|
| **From:** | Radzinschi, Julian (USAPR) |
| **To:** | Samuel Carrion |
| **Subject:** | RE: Extraction_Cel_23-479 in Diego Fernandez Santos, 23-63 (FAB) |
| **Date:** | Wednesday, November 27, 2024 11:54:04 AM |
| **Attachments:** | image001.png |

No problem. All evidence will be available.


**Julian N. Radzinschi**
Assistant United States Attorney
U.S. Attorney's Office
District of Puerto Rico
350 Carlos Chardón Avenue, Suite 1201
San Juan, Puerto Rico 00918
Office Phone: (787) 282-1825
Mobile Phone: (787) 308-2352
Email: Julian.Radzinschi@usdoj.gov


**From:** Samuel Carrion <Samuel_Carrion@fd.org>
**Sent:** Wednesday, November 27, 2024 11:52 AM
**To:** Radzinschi, Julian (USAPR) <JRadzinschi@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Extraction_Cel_23-479 in Diego Fernandez Santos, 23-63 (FAB)

OK - In the amended designation of evidence that you filed on Monday, you mentioned "all physical evidence not previously suppressed such as…cellular phone." Can you please make sure that the black Samsung phone is available at trial?

Thanks,

**Samuel P. Carrion**
Assistant Federal Public Defender
Federal Public Defender's Office, District of Puerto Rico
T: (787) 281-4922 ext. 6343


**From:** Radzinschi, Julian (USAPR) <Julian.Radzinschi@usdoj.gov>
**Sent:** Wednesday, November 27, 2024 11:26 AM
**To:** Samuel Carrion <Samuel_Carrion@fd.org>
**Subject:** RE: Extraction_Cel_23-479 in Diego Fernandez Santos, 23-63 (FAB)

Not really sure what to tell you – that's the extraction that was provided to me (which I don't intend to use, as I noted previously), which I turned over to you. You can always ask the agent if that

extraction corresponds to the Samsung, which he will likely say it does. In any event, it appears as though you already reached out to HSI via your investigator.

I'm not even entirely sure the Samsung is really your client's phone. It seems registered to Johnny Fontanez Gonzalez, who is currently awaiting sentencing in another case of mine.

**Julian N. Radzinschi**
Assistant United States Attorney
U.S. Attorney's Office
District of Puerto Rico
350 Carlos Chardón Avenue, Suite 1201
San Juan, Puerto Rico 00918
Office Phone: (787) 282-1825
Mobile Phone: (787) 308-2352
Email: Julian.Radzinschi@usdoj.gov

---

**From:** Samuel Carrion <Samuel_Carrion@fd.org>
**Sent:** Tuesday, November 26, 2024 5:21 PM
**To:** Radzinschi, Julian (USAPR) <JRadzinschi@usa.doj.gov>
**Subject:** [EXTERNAL] Extraction_Cel_23-479 in Diego Fernandez Santos, 23-63 (FAB)

Hey Julian,

I tried giving you a call a few moments ago about this (feel free to call me back if you need me to explain further after reading this). The Cellebrite extraction report for the Samsung cellular phone does not have a corresponding IMEI identification number attached to it. I am trying to cover all bases here, and usually the Cellebrite extraction reports use the IMEI number to link the extracted material to a specific device. Can you please confer with TFO Tirado to obtain an extraction report that contains the IMEI for the extracted device. For ease of reference, the HSI documents and search warrant in this case list the IMEI number for the seized Samsung phone as **353546167195436919.** Because the HSI documents do not contain any other mode of identification for the seized Samsung phone, the IMEI will be the only way that I can verify that the extracted material actually came from the device that was seized on the day of Mr. Fernandez's arrest.

## Device Info

Generate preliminary device report

| | |
|---|---|
| Advertising ID #1 | 6a725fec-b810-4d34-9363-cc6027a58b71 |
| Android fingerprint | samsung/a03susq/a03su:12/SP1A.210812.016/A037USQS3BWA… |
| Bluetooth MAC Address | 4011C3BBEB3F |
| Carrier Name | (Searching) |
| Detected Phone Model | SM-A037U |
| Detected Phone Vendor | samsung |
| Location Services Enabled | True |
| OS Version | 12 |
| Factory number | R9WTA01HRPR,20221009,NULL |
| Factory Reset | 2023-01-07T14:11:13.299 |
| ICCID | 8901260584791869125 |
| ICCID | 8901260584791858649 |
| IMSI | 310260589186912 |
| Mac Address | 4011C3BBEB3E |
| MSISDN | 19392378855 |
| MSISDN | 19392374272 |

Thanks,
Sam


**Samuel P. Carrion**

Assistant Federal Public Defender

Federal Public Defender's Office, District of Puerto Rico

T: (787) 281-4922 ext. 6343