# UNITED STATES DISTRICT COURT

## FOR THE DISTRCIT OF PUERTO RICO

United States of America

V.

Diego Fernandez-Santos (1)

**Criminal Case  3:23-cr-00063-FAB-1**

Exhibit List

| Presiding Judge<br>Hon. Francisco A. Besosa, Senior U.S. District Judge | | | | Government's Attorney<br>AUSA Julian Radzinschi<br>AUSA Cesar Rivera | Defendant's Attorney<br>AFPD Samuel Carrion<br>AFPD Ivan Santos<br>AFPD Robert Fitzgerald |
|---|---|---|---|---|---|
| Jury Trial Date<br>December 9-13, 2024 | | Court Reporter<br>Cindy Brown | | Courtroom Deputy<br>Migdalia Garcia-Cosme | |
| **NUMBER** | **OFFERED BY** | **MARKED AS** | **DATE ADMITTED AS AN EXHIBIT** | **DESCRIPTION OF EXHIBITS** | |
| COURT I | | I | 12/10/24 | Exhibit EE marked by Sgt Gomez with an arrow | |
| 1 | Government | 1 | 12/09/24 | Video of the police entry to the house | |
| 1-A | Government | 1-A | 12/09/24 | Transcription and translation of the video 1 | |
| 1-B | Government | 1-B | 12/10/24 | Exhibit 1 circled on the Sgt. Gomez position | |
| 1-C | Government | 1-C | 12/11/24 | Video circled on where Luis Alexander Gomez is located | |
| 2 | Government | 2 | 12/10/24 | Picture of a blue backpack | |
| 2-A | Government | 2-A | 12/10/24 | Exhibit 2 marked by Sgt Gomez rifle circled | |
| 2-B | Government | 2-B | 12/11/24 | Image marked by Agt Gomez circled two firearms in two colors | |
| 3 | Government | 3 | 12/10/24 | Picture of the outside of the house | |
| 3-A | Government | 3-A | 12/11/24 | Picture outside of house marked by Agt Gomez window circled | |
| 4 | Government | 4 | 12/10/24 | Picture of the defendant sit on the bed | |
| 5 | Government | 5 | 12/10/24 | Picture of the defendant and a drawer in the room | |
| 6 | Government | 6 | 12/10/24 | Picture of the defendant and opened closet in the back | |

Exhibit List in 23-063 (FAB)

| | | | | |
|---|---|---|---|---|
| 6-A | Government | 6-A | 12/10/24 | Exhibit 6 marked by Sgt Gomez rifle circled |
| 6-B | Government | 6-B | 12/11/24 | Image marked by Agt Gomez circled what appeared to be a firearm |
| 7 | Government | 7 | 12/11/24 | Picture of the opening of the blue backpack |
| 7-A | Government | 7-A | 12/11/24 | Image marked by Agt Gomez circled fake gun in red and real rifle in green |
| 8 | Government | 8 | 12/11/24 | Picture of evidence occupied in the blue backpack |
| 8-A | Government | 8-A | 12/11/24 | Image marked by Agt Gomez circled drum magazine |
| 8-B | Government | 8-B | 12/11/24 | Image marked by Agt Gomez, circles on pistol ammunition(green) and long weapon ammunition (red) |
| 8-C | Government | 8-C | 12/12/24 | Exh 8 marked by Agt Escribano green-7.Gammo red-5.56ammo |
| 10 | Government | 10 | 12/12/24 | Cell phone extraction summary in CD |
| 10-A | Government | 10-A | 12/12/24 | Screenshot of text messages in CD |
| 10-B | Government | 10-B | 12/12/24 | Screenshot of text messages – English Certified Translation in CD |
| 10-C | Government | 10-C | 12/12/24 | Extraction report call log in CD |
| 10-D | Government | 10-D | 12/12/24 | Photos extraction report in CD |
| 10-E | Government | 10-E | 12/12/24 | Cell phone extraction summary - English Certified Translation in CD |
| 11 | Government | 11 | 12/12/24 | Diego Fernandez Santos' BOP contact list |
| 12 | Government | 12 | 12/12/24 | Diego Fernandez Santos' BOP Calls log from 2/14/2023 to 3/16/2023 |
| 13 | Government | 13 | 12/12/24 | Diego Fernandez Santos' BOP Calls log from 2/14/2023 to 11/16/2023 |
| 14 | Government | 14 | 12/12/24 | Diego Fernandez Santos' BOP Calls log from 2/14/2023 to 11/27/2024 |
| 15 | Government | 15 | 12/12/24 | Diego Fernandez Santos' MDC transactions and visitor log |
| 16 | Government | 16 | 12/11/24 | Judgment of case 14-225 |
| 17 | Government | 17 | 12/12/24 | Certified Screenshot DAVID System Naomy Santos |
| 17-A | Government | 17-A | 12/12/24 | Translated Certified Screenshot DAVID System Naomy Santos |
| 18 | Government | 18 | 12/12/24 | Firearm Interstate Report ATF - Rifle |

* Physical Evidence under the Government's custody.

Exhibit List in 23-063 (FAB)

| | | | | |
|---|---|---|---|---|
| 19 | Government | 19 | 12/12/24 | Firearm Interstate Report ATF - Ammunitions |
| 19-A | Government | 19-A | 12/12/24 | Exh 19 marked by Agt Escribano where it should read Exh 11 |
| 20 | Government | 20 | 12/12/24 | HSI Report of Examination of the Rifle |
| 21 | Government | 21 | 12/12/24 | MDC call audio recording 11/29/2024 8:37:34AM |
| 21-A | Government | 21-A | 12/12/24 | Transcript and certified translation of Exh 21 |
| 22* | Government | 22 | 12/11/24 | Rifle Guntec USA S/N: EF5856 7.62x39 cal. |
| 23* | Government | 23 | 12/11/24 | Blue Backpack |
| 24* | Government | 24 | 12/11/24 | 1 Rifle Magazine |
| 25* | Government | 25 | 12/11/24 | 1 Drum Magazine .40 Cal. |
| 26* | Government | 26 | 12/11/24 | 88 Ammunitions 7.62x39 cal. |
| 27* | Government | 27 | 12/12/24 | Black Samsung cellphone |
| 28* | Government | 28 | 12/11/24 | Gray and black Cloud mobile cellphone |
| 29 | Government | 29 | 12/12/24 | Picture of a scratch on the Rifle |
| 29-A | Government | 29-A | 12/12/24 | Exh 29 marked by Agt Perez circled the selector and auto position with a line |
| 29-B | Government | 29-B | 12/12/24 | Exh 29 marked by Agt Perez semi auto position |
| 30 | Government | 30 | 12/12/24 | Picture of the serial number on the rifle |
| 30-A | Government | 30-A | 12/12/24 | Exh 30 marked by Agt Perez where the sear is |
| AA | Defendant | AA | 12/11/24 | Agent Gomez WhattsApp conversation redacted |
| B | Defendant | B | 12/11/24 | Agent with gun found with backpack on bed |
| EE | Defendant | EE | 12/10/24 | Picture of 2nd floor hallway |
| FF | Defendant | FF | 12/11/24 | PRPD Inventory seized property redacted |
| GG | Defendant | GG | 12/10/24 | Stairway leading upstairs |
| H | Defendant | H | 12/11/24 | Orange fanny pack and magazine |
| HH | Defendant | HH | 12/11/24 | Transcript from testimony of Agt Gomez redacted |
| JJ | Defendant | JJ | 12/11/24 | Exh 5 marked by Agt Gomez circled medication |
| NN | Defendant | NN | 12/12/24 | Exh 8 marked by Agent Escribano compatible magazine circled |

* Physical Evidence under the Government's custody.                    Page **3** of **4**

Exhibit List in 23-063 (FAB)

| OO | Defendant | OO | 12/12/24 | Photo of a firearm and magazine in a hand |
|---|---|---|---|---|
| PP | Defendant | PP | 12/12/24 | Screenshot of extraction summary |
| QQ | Defendant | QQ | 12/12/24 | Screenshot of drivers id |
| RR | Defendant | RR | 12/12/24 | Screenshot of couple Galaxy |
| SS | Defendant | SS | 12/12/24 | Screenshot Cellbrite emails |
| U | Defendant | U | 12/10/24 | Video going upstairs of the house |

* Physical Evidence under the Government's custody.